PAUL MATTAR, Respondent, *v.* AUGUSTINO CESARI, Appellant.
JOHN SARKEES, Respondent, *v.* AUGUSTINO CESARI, Appellant.

(Argued March 1, 1935; decided March 19, 1935.)

*John F. McNulty* for appellant.
*Salem G. Mansour* for respondents.

In each action, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.